# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E2750599 | Haehn | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026 0028 | NCGS 20-138.1 |

Place of Offense

I-295 MM23

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Impaired Driving

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Christopher | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

MCA

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 5:26-MJ-1087-1 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Refused to Sign

Original - CVB Copy

I state that on ___9 Jan___, 20 26 while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC _____ operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___01/09/2026___ _____
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2750545 | HAHN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1/9/2026 0028
Offense Charged ☐ CFR ☐ USC ☒ State Code: NCGS § 20-141(J1)

Place of Offense: I-295 N MM 23

Offense Description: Factual Basis for Charge   HAZMAT ☐

SPEEDING, 33 OVER (98/65)

## DEFENDANT INFORMATION
Phone: ( )   -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-2   MCA

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Refused to sign

I state that on ___9 Jan___, 20 26 while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC         , operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

☒ my personal observation      ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___1/9/2026___     _[signature]_
           Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
           Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

26-mj-01087-BM    Document 1    Filed 01/09/26    Pag

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EG-11 | E 2750546 | HAEHN | 5-6 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026  0028 | NCGS § 20-140(A) |

Place of Offense

I-295 N MM 23

Offense Description: Factual Basis for Charge        HAZMAT ☐

RECKLESS DRIVING

WANTON DISREGARD

### DEFENDANT INFORMATION     Phone: (    )   -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-3        (MCA)

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Refused to Sign

Original - CVB Copy

I state that on ___9 Jan___, 20 _26_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC _____, operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[x] my personal observation    [x] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___1/9/2026___    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EG-11 | E 2750547 | HAELIN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1/9/2026 0028

Offense Charged ☐ CFR ☐ USC ☒ State Code: NCGS § 20-141.5

Place of Offense: I-295 N MM 23

Offense Description: Factual Basis for Charge — HAZMAT ☐

SPEEDING TO ELUDE ARREST

## DEFENDANT INFORMATION

Phone: ( )   -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:27-MJ-1087-4   MCA

$ _____  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____  Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature — Refused to Sign

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on ___9 Jan___ , 20 _26_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC ___ , operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[x] my personal observation     [x] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___1/9/2026___     _(signature)_
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2750548 | HAHN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026 0028 | NCGS § 20-28(A) |

Place of Offense

I-295 MM 23

Offense Description: Factual Basis for Charge          HAZMAT ☐

DWLR

Not Impaired Rev

## DEFENDANT INFORMATION
Phone: (     )     -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-5

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____ **Total Collateral Due**

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature          Refused to Sign

26-mj-01087-BM     Document 1     Filed 01/09/26     Page

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on **9 Jan**, 20 **26** while exercising my duties as a law enforcement officer in the **Eastern** District of **NC**

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC _____ operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

- [✗] my personal observation
- [✗] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **1/9/2026** _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2750549 | HAEHN | 5-6 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026 0028 | NCGS § 20-146(3)(C) |

Place of Offense

I-295 N MM 23

Offense Description: Factual Basis for Charge                HAZMAT ☐

FAIL TO MAINTAIN LANE CONTROL

### DEFENDANT INFORMATION        Phone: (        )        -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-6

(MCA)

$ _____ Forfeiture Amount

**PAY THIS AMOUNT AT
www.cvb.uscourts.gov** →

+ $30 Processing Fee

$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____ Refused to Sign

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _____9 Jan_____, 20_26_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC _____ operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[X] my personal observation      [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___01/09/2026___    _[signature]_
     Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
     Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EGN | E 2750550 | HAELIN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026 0008 | NCGS § 20-138.7(A) |

Place of Offense

I-295 N MM 23

Offense Description: Factual Basis for Charge    HAZMAT ☐

OPEN CONTAINER

AFTER CONSUMPTION 1SD

## DEFENDANT INFORMATION    Phone: (    )    -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-7

$ _____    Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____    **Total Collateral Due**

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    Refused to sign

Original - CVB Copy

I state that on __9 Jan__, 20 __26__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC ⬛⬛⬛, operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

☒ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __01/09/2026__ _(signature)_
                Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                Date (mm/dd/yyyy)     U.S. Magistrate Judge

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2495695 | HAELIN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1/9/2026 0028 | NCGS § 20-157(A) |

Place of Offense

I-295 N MM 23

Offense Description: Factual Basis for Charge     HAZMAT ☐

FAIL TO HEED LIGHT/SIREN

## DEFENDANT INFORMATION | Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

5:26-MJ-1087-8

MCA

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

$ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    Refused to Sign

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _9 Jan_, 20_26_ while exercising my duties as a law enforcement officer in the _Eastern_ District of _NC_

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC _____, operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[X] my personal observation     [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _01/09/2026_     _[signature]_
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;

26-mj-01087-BM     Document 1     Filed 01/09/26     Page

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FC11 | E 2495696 | HAEHN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1/9/2026   0008

Offense Charged ☐ CFR ☐ USC ☒ State Code

NCGS § 14-223(A)

Place of Offense: I-295 N MM 23

Offense Description: Factual Basis for Charge          HAZMAT ☐

RESIST, DELAY, OBSTRUCT PUBLIC OFFICER

## DEFENDANT INFORMATION

Phone: (     )     -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

5:26-MJ-1087-9

$ _____ Forfeiture Amount

+ $30 Processing Fee

MCA

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

$ _____ **Total Collateral Due**

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Refused to sign

X _____ Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _9 Jan_ , 20_26_ while exercising my duties as a law enforcement officer in the _Ecostern_ District of _NC_

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC [ ], operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[X] my personal observation     [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _01/09/2026_

Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)     U.S. Magistrate Judge

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EG-11 | E 2495697 | HAEHN | 5-6 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 1/9/2026    0025 | ☒ 18 USC 111 (A) |

Place of Offense

I-295 N MM 23

Offense Description: Factual Basis for Charge                     HAZMAT ☐

ASSAULT LEO

## DEFENDANT INFORMATION      Phone: (          )      -

| Last Name | First Name | M.I. |
|---|---|---|
| WILLIAMS | CHRISTOPHER | B |

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

MCA

$ _____  Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____   **Total Collateral Due**

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Refused to Sign

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on ___9 Jan___, 20_26_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

At 0028 hrs, 09 Jan 26, 5-6 Haehn observed a black in color, 2016 Acura RDX, NC [ ], operated by Williams traveling North on I-295(M.M.23)/NC Hwy 210 in lane 1 at a speed which was greater than the posted speed limit. The speed was verified by RADAR as 98 MPH in a 65 MPH zone. A traffic stop was attempted. Williams failed to heed to lights and siren, speeding to elude arrest with wanton disregard for the safety of others by weaving between lanes and rapidly accelerating and decelerating. Williams stopped at his residence on Charles Ave. A felony traffic stop was conducted. Upon approach of Williams, 5-6 detected an odor of an alcoholic beverage emitting from Williams' person. While 5-6 attempted to apprehend Williams, he resisted apprehension and assaulted 5-6 by spitting in his face. Standardized Field Sobriety Tests were not conducted, due to Williams resisting.

The foregoing statement is based upon:

[X] my personal observation     [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___01/09/2026___     _(signature)_
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;